UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 13-324-HRW

CRAIG ROGERS,                                          PETITIONER,

v.                                    **ORDER**

DON BOTTOM, WARDEN
NORTHPOINT TRAINING CENTER              RESPONDENT.

This matter is before the Court upon Herman Page's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1]. The matter was submitted to United States Magistrate Candace J. Smith for Report and Recommendation.

Magistrate Judge Smith recommends that the Petition for Writ of Habeas Corpus be transferred to the Sixth Circuit pursuant to 28 U.S.C. § 1631 [Docket No. 16].

Petitioner has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED,**

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 16] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) Petitioner's § 2254 Petition be **TRANSFERRED** to the Sixth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631, for a determination of whether the Petitioner will be granted authorization to file a second or successive habeas petition; and

(3) Respondent's Motion to Dismiss [Docket No. 13] be **OVERRULED** as **MOOT.**

This 2nd day of September, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge